1   Amy M. Samberg, NV Bar No. 10212
2   asamberg@fgppr.com
    FORAN GLENNON PALANDECH
3   PONZI & RUDLOFF PC
    400 East Van Buren Street, Suite 550
4   Phoenix, AZ 85004
    Telephone:  602-926-9880
5   Facsimile:   312-863-5099

6   Lee H. Gorlin, NV Bar No. 13879
7   lgorlin@fgppr.com
    FORAN GLENNON PALANDECH
8   PONZI & RUDLOFF PC
    2200 Paseo Verde Parkway, Suite 280
9   Henderson, NV 89052
    Telephone:  702-827-1510
10  Facsimile:   312-863-5099

11  *Counsel for Federal Insurance Company*

12

13                  **UNITED STATES DISTRICT COURT**

14                      **DISTRICT OF NEVADA**

15  LEVY AD GROUP, INC., a Nevada            CASE NO.   2:20-cv-00763-JAD-(DJA)
    corporation; LEVY PRODUCTION GROUP,
16  LLC, a Nevada limited liability company;  **THE PARTIES' STIPULATION AND**
    LEVY ONLINE, a Nevada limited liability   **(PROPOSED) ORDER TO EXTEND**
17  company,                                  **TIME FOR DEFENDANT FEDERAL**
                                              **TO FILE RESPONSIVE PLEADING**
18                  Plaintiffs,               **BY 14 DAYS**

19  v.                                        **(First Request)**

20  THE CHUBB CORPORATION dba CHUBB
    GROUP OF INSURANCE COMPANIES, a
21  New Jersey corporation; FEDERAL
    INSURANCE COMPANY, an Indiana
22  corporation,

23                  Defendants.

24

25

26         IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Levy Ad Group, Levy

27  Production Group, LLC, and Levy Online ("Levy Entities"), and Defendant Federal Insurance

28  Company ("Federal"), by and through their respective counsel, that the time for Federal Insurance

Company to file and serve its initial responsive pleadings be extended by fourteen (14) days through and including June 4, 2020.

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule IA 6-1(a), Federal represents that transmission of the file materials necessary to allow Federal to meaningfully respond to the Complaint was delayed as the result of the ongoing COVID-19 pandemic and continuing shelter in place orders and additional time is required for defense counsel to fully analyze the file materials in order to respond appropriately to the Complaint.  In addition, counsel for the parties are discussing potential amendment to the Complaint in order to avoid motion practice.  Judicial economy supports allowing additional time to plead in response in the Complaint to allow for the potential resolution of the issues that may result in amendment of the Complaint.

Accordingly, the parties hereby agree and stipulate to allow Federal until June 4, 2020 to file its responsive pleading(s).  Further, the parties respectfully request this honorable Court enter an Order providing the same.

DATED:  May 15, 2020

LAW OFFICE OF BRADLEY L. BOOKE

By:  /s/ Bradley L. Booke
Bradley L. Booke, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145

*Attorney for Plaintiffs*

DATED:  May 15, 2020

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By:  /s/ Amy M. Samberg
Amy M. Samberg, Esq.
400 E. Van Buren Street, Suite 550
Phoenix, AZ 85004

Lee H. Gorlin, Esq.
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Attorneys for Defendant Federal Insurance Company*

IT IS SO ORDERED:

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: May 18, 2020

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing **THE PARTIES' STIPULATION AND (PROPOSED) ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING BY 14 DAYS (First Request)** was served by the method indicated:

☐     **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐     **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒     **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Registered Service List for the above-referenced case.

☐     **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Dated:  May 15, 2020

_/s/ Rita Tuttle_
An Employee of Foran Glennon