1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Amy M. Samberg, NV Bar No. 10212
asamberg@fgppr.com
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
400 East Van Buren Street, Suite 550
Phoenix, AZ 85004
Telephone:  602-926-9880
Facsimile:   312-863-5099

Lee H. Gorlin, NV Bar No. 13879
lgorlin@fgppr.com
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone:  702-827-1510
Facsimile:   312-863-5099

*Counsel for Federal Insurance Company*

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LEVY AD GROUP, INC., a Nevada
corporation; LEVY PRODUCTION GROUP,
LLC, a Nevada limited liability company;
LEVY ONLINE, a Nevada limited liability
company,

                              Plaintiffs,

v.

THE CHUBB CORPORATION dba CHUBB
GROUP OF INSURANCE COMPANIES, a
New Jersey corporation; FEDERAL
INSURANCE COMPANY, an Indiana
corporation,

                              Defendants.

CASE NO.   2:20-cv-00763-JAD-(DJA)

**THE PARTIES' STIPULATION AND
(PROPOSED) ORDER TO EXTEND
TIME FOR DEFENDANT FEDERAL
TO FILE RESPONSIVE PLEADING
BY SEVEN DAYS**

**(Second Request)**

        IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Levy Ad Group, Levy

Production Group, LLC, and Levy Online ("Levy Entities"), and Defendant Federal Insurance

Company ("Federal"), by and through their respective counsel, that the time for Federal Insurance

1   Company to file and serve its initial responsive pleadings be extended by seven (7) days through
2   and including June 11, 2020.  This is the Federal's second such request and the parties' second such
3   stipulation, the first extended the deadline to June 4, 2020.

4       Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule IA 6-1(a), Federal represents that its
5   business obligations related to the abundance of claims and suits has delayed its ability to fully
6   analyze the Complaint, including its attached documents, and meaningfully respond to the
7   Complaint within the current stipulated deadline.  This request is not made for the purposes of
8   delay, but to allow adequate time to address the issues contained therein and respond appropriately.

9       Accordingly, the parties hereby agree and stipulate to allow Federal until June 11, 2020 to
10  file its responsive pleading(s).  Further, the parties respectfully request this honorable Court enter
11  an Order providing the same.

12  DATED:  June 3, 2020                          DATED:  June 3, 2020

13  LAW OFFICE OF BRADLEY L. BOOKE                FORAN GLENNON PALANDECH PONZI
                                                 & RUDLOFF PC
14

15  By:   /s/ Bradley L. Booke                   By:     /s/ Amy M. Samberg_
    Bradley L. Booke, Esq.                       Amy M. Samberg, Esq.
16  10161 Park Run Drive, Suite 150              400 E. Van Buren Street, Suite 550
    Las Vegas, NV 89145                          Phoenix, AZ 85004
17
    *Attorney for Plaintiffs*                    Lee H. Gorlin, Esq.
18                                               2200 Paseo Verde Parkway, Suite 280
                                                 Henderson, NV 89052
19
                                                 *Attorneys for Defendant Federal Insurance*
20                                               *Company*

21

22      IT IS SO ORDERED:

23

24      _____
        UNITED STATES MAGISTRATE JUDGE
25

26      DATED:  June __4th__ 2020.

27

28

- 2 -

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing **THE PARTIES' STIPULATION AND (PROPOSED) ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING BY SEVEN DAYS (Second Request)** was served by the method indicated:

☐     **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐     **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒     **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Registered Service List for the above-referenced case.

☐     **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Dated: June 3, 2020

                */s/ Rita Tuttle*
                An Employee of Foran Glennon

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052