Bradley L. Booke #2662
LAW OFFICE OF BRADLEY L. BOOKE
10161 Park Run Drive #150
Las Vegas, NV 89145
702-241-1631
866-297-4863 Fax
brad.booke@lawbooke.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEVY AD GROUP, INC., a Nevada corporation; LEVY PRODUCTION GROUP, LLC, a Nevada limited liability company; LEVY ONLINE, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>-vs-<br><br>THE CHUBB CORPORATION dba CHUBB GROUP OF INSURANCE COMPANIES, a New Jersey corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendants. | Case No.: 2:20-cv-763<br><br>STIPULATION AND ORDER TO EXTEND TIME BY 14 DAYS FOR PLAINTIFFS TO FILE RESPONSE IN OPPOSITION TO DEFENDANT FEDERAL'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Levy Ad Group, Levy Production Group, LLC, and Levy Online ("Levy Entities"), and Defendant Federal Insurance Company ("Defendant"), by and through counsel and subject to the Court's approval, that the time for Plaintiffs to file and serve their Response in Opposition to Defendant Federal Insurance Company's Motion to Dismiss Complaint be extended by fourteen (14) days through and including July 9, 2020.

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule IA 6-1(a), Plaintiffs represent that the additional time is needed for Plaintiffs to meaningfully respond to Defendant Federal's motion because of Plaintiffs' counsel's scheduling conflicts. Specifically, prior to the June 25,

2020 (the date on which a response would be due absent the proposed stipulated extension), Plaintiffs' counsel must prepare for and participate in two medical-legal screening panel proceedings in medical negligence cases in Idaho and prepare a Final Joint Pretrial Memorandum and all pretrial motions in a federal court action in Wyoming, in addition to other day-to-day matters. Because of the ongoing COVID-19 pandemic and related government directives, completion of these tasks is complicated and delayed by the limited availability of administrative staff.

For these reasons, the parties stipulate and agree, subject to the Court's approval, to allow Plaintiffs through and including July 9, 2020 to file its response in opposition to Defendant Federal's motion. The parties respectfully request the Court enter an Order accordingly.

DATED: June 13, 2020

LAW OFFICE OF BRADLEY L. BOOKE

By: /s/ Bradley L. Booke
Bradley L. Booke
10161 Park Run Drive #150
Las Vegas, NV 89145

*Attorney for Plaintiffs*

DATED: June 13, 2020

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By: /s/ Amy M. Samberg
Amy M. Samberg, Esq.
400 E. Van Buren Street, Suite 550
Phoenix, AZ 85004

Lee H. Gorlin, Esq.
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE,
Dated: June 15, 2020.