Amy M. Samberg, NV Bar No. 10212
asamberg@fgppr.com
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
400 East Van Buren Street, Suite 550
Phoenix, AZ 85004
Telephone:  602-926-9880
Facsimile:   312-863-5099

Lee H. Gorlin, NV Bar No. 13879
lgorlin@fgppr.com
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone:  702-827-1510
Facsimile:   312-863-5099

*Counsel for Federal Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LEVY AD GROUP, INC., a Nevada corporation; LEVY PRODUCTION GROUP, LLC, a Nevada limited liability company; LEVY ONLINE, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHUBB CORPORATION dba CHUBB GROUP OF INSURANCE COMPANIES, a New Jersey corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendants. | CASE NO.   2:20-cv-00763-JAD-(DJA)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT FEDERAL TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS BY 14 DAYS**<br><br>**(First Request)**<br><br>[ECF No. 16] |

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Levy Ad Group, Levy Production Group, LLC, and Levy Online ("Levy Entities"), and Defendant Federal Insurance Company ("Federal"), by and through their respective counsel, that the time for Federal Insurance

- 1 -

Company to file and serve its Reply in support of its Motion to Dismiss be extended by fourteen (14) days through and including July 30, 2020.

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule IA 6-1(a), Federal represents that points and authorities presented in Plaintiffs' Response to Federal's Motion to Dismiss require additional time to review and to present adequate and thorough counter-argument and supporting authorities. Further, with the necessities of working remotely due the ongoing COVID-19 pandemic additional time is required for defense counsel to prepare its Reply.

Accordingly, the parties hereby agree and stipulate to allow Federal until July 30, 2020 to file its Reply in support of its Motion to Dismiss. Further, the parties respectfully request this honorable Court enter an Order providing the same.

DATED: July 10, 2020

LAW OFFICE OF BRADLEY L. BOOKE

By:   /s/ Bradley L. Booke
Bradley L. Booke, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145

*Attorney for Plaintiffs*

DATED: July 10, 2020

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By:   /s/ Amy M. Samberg
Amy M. Samberg, Esq.
400 E. Van Buren Street, Suite 550
Phoenix, AZ 85004

Lee H. Gorlin, Esq.
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Attorneys for Defendant Federal Insurance Company*

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
July 15, 2020